IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| PAOLA ZAPATA, Individually and as Next Friend of XXXXXXX XXXXX And OSVALDO RIVAS § § § | |
| | CIVIL ACTION NO.: 1:15-cv-158 |
| VS. § § | JURY |
| AUTOTRANSPORTES ROMEDU, S.A. DE C.V. § § § | |

## AGREED ORDER OF REMAND

On September 8, 2015 the court issued an order requiring Plaintiffs to file a short statement with the court identifying the cap on the amount of unliquidated damages sought in the case. (Dkt. No. 4). On September 9, 2015 Plaintiffs filed a statement to the court regarding the amount of unliquidated damages sought and stipulation regarding same. (Dkt. No. 5). On September 10, 2015 Plaintiffs filed an amended statement to the court regarding the amount of unliquidated damages sought and stipulation regarding same with correction as to the proper state court with original jurisdiction. (Dkt. No. 7). On September 10, 2015 this court ordered Defendant to file a statement indicating whether it believed the court had jurisdiction in this matter. (Dkt. No. 6). On September 17, 2015 Defendant filed a statement as to its position on the court's jurisdiction. (Dkt. No. 8). On September 21, 2015 the court ordered the parties to file a proposed joint order remanding the case to the state court. (Dkt. No. 9). In accordance with the court's order, the parties tender this Agreed Order of Remand.

It is therefore ORDERED, ADJUDGED AND AGREED that the above styled case is remanded to Cameron County Court at Law No. 3 and the clerk shall take the necessary steps to effectuate said remand.

The clerk shall send a copy of this Order of Remand to counsel for the parties.

Done on this 28th day of September, 2015 at Brownsville, Texas.

_____
Judge Ronald G. Morgan
United States Magistrate Judge

AGREED AS TO FORM AND SUBSTANCE:

The Green Law Firm
34 S. Coria Street
Brownsville, Texas 78520
Tel: (956) 542-7000
Fax: (956) 542-7026

By: /s/ Michael L. Orth
    Michael L. Orth
    State Bar No.: 24079089
    Federal Bar No.: 1477078

Vidaurri, Lyde, Rodriguez, & Haynes, LLP
202 North 10th Avenue
Edinburg, Texas 78541
Tel: (956) 381-6602
Fax: (956) 381-0725

By: _____
    Tamara L. Rodriguez
    State Bar No.: 07791647
    Federal Bar No.: 18972

2